AO 440  (Rev. 8/01)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____  District of  _____ ALABAMA

S. GARRETT COOK, JR.,
DON HALL,

V.

## HESS CORPORATION, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07CV750—WKW

TO: (Name and address of Defendant)

HESS CORPORATION
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_____
(BY) DEPUTY CLERK

_8-24-07_

DATE

7006 2760 0000 7706 2224

AO 440 (Rev. 8/01) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT

MIDDLE                    District of                    ALABAMA

S. GARRETT COOK, JR.,
DON HALL,

V.

**SUMMONS IN A CIVIL ACTION**

## HESS CORPORATION, ET AL

CASE NUMBER: 2:07 cv 750 - WKW

TO: (Name and address of Defendant)

CHEVRON USA, INC.
c/o Prentice Hall Corporation System, Inc.
150 South Perry Street
Montgomery, AL  36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                8·24·07

CLERK                                             DATE

(By) DEPUTY CLERK

7006 2760 0000 7706 2231

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

S. GARRETT COOK, JR.,
DON HALL,

V.

**HESS CORPORATION, ET AL**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv 750 —WKW

TO: (Name and address of Defendant)

CIRCLE K STORES, INC.
c/o CSC Lawyers Incorporating Service
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977.0211
Facsimile: (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                   8·24·07

| CLERK | DATE |
|---|---|

(By) DEPUTY CLERK

7006 2760 0000 7706 2248

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ ALABAMA

S. GARRETT COOK, JR.,
DON HALL,

V.

**HESS CORPORATION, ET AL**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv 750 - WKW

TO: (Name and address of Defendant)

CITGO PETROLEUM CORPORATION
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

8-24-07

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____   District of   _____ ALABAMA

S. GARRETT COOK, JR.,
DON HALL,

V.

**SUMMONS IN A CIVIL ACTION**

**HESS CORPORATION, ET AL**

CASE NUMBER:   2:07cv 750 - WKW

TO: (Name and address of Defendant)

CONOCOPHILLIPS COMPANY
c/o United States Corporation Company
150 South Perry Street
Montgomery, AL  36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_ _____   _8-24-07_ _____

CLERK                                                              DATE

_X U K Lent_ _____
(By) DEPUTY CLERK

7004 2760 0000 7706 2262

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

S. GARRETT COOK, JR.,
DON HALL,
V.

HESS CORPORATION, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07cv 750 -WKW

TO: (Name and address of Defendant)

COSTCO WHOLESALE CORPORATION
c/o The Corporation Compnay
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_____Debra P. Hackett_____        _____8·24-07_____

CLERK                                                    DATE

(By) DEPUTY CLERK

7006 2760 0000 7706 2279

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

S. GARRETT COOK, JR.,
DON HALL,

V.

**SUMMONS IN A CIVIL ACTION**

# HESS CORPORATION, ET AL

CASE NUMBER:  2:07 cv 750 - WKW

TO: (Name and address of Defendant)

EXXON MOBIL CORPORATION
c/o CSC Lawyers Incorporating SVC Inc.
150 South Perry Street
Montgomery, AL  36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_Shei K Sient_

(By) DEPUTY CLERK

DATE  _8-24-07_

7006 2760 0000 7706 2286

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

S. GARRETT COOK, JR.,
DON HALL,

V.

**HESS CORPORATION, ET AL**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07 cv 750 - WKW

TO: (Name and address of Defendant)

FLYING J, INC.
c/o CSC-Lawyers Incorporating Serv Inc
150 South Perty Street
Montgomery, AL  36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

8-24-07

CLERK                                                      DATE

(By) DEPUTY CLERK

7006 2760 0000 7706 2293

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ District of _____ ALABAMA _____

S. GARRETT COOK, JR.,
DON HALL,

V.

**HESS CORPORATION, ET AL**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv 750 - WKW

TO: (Name and address of Defendant)

MARATHON PETROLEUM COMPANY LLC
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    8-24-07
_____         _____
CLERK                                              DATE

_Xyl K Lint_
_____
(By) DEPUTY CLERK

7006 2760 0000 7776 2309

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____          District of _____ ALABAMA _____

S. GARRETT COOK, JR.,
DON HALL,

V.                                        **SUMMONS IN A CIVIL ACTION**

## HESS CORPORATION, ET AL

CASE NUMBER:  2:07 CV 750 - WKW

TO: (Name and address of Defendant)

MOTIVA ENTERPRISES, LLC
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK                                              DATE   8-24-07

_signature_

(By) DEPUTY CLERK

7006 2760 0000 7706 2316

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

S. GARRETT COOK, JR.,
DON HALL,

V.

## HESS CORPORATION, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07 CV 750 - WKW

TO: (Name and address of Defendant)

MURPHY OIL USA, INC.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    8·24·07
CLERK                                                          DATE

X Hal K Lent
(BY) DEPUTY CLERK

7006 2760 0000 7706 2323

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

<table>
<tr><td>MIDDLE</td><td>District of</td><td>ALABAMA</td></tr>
</table>

S. GARRETT COOK, JR.,
DON HALL,

V.

HESS CORPORATION, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07 cv 750 —WKW

TO: (Name and address of Defendant)

PETRO STOPPING CENTERS, L.P.
c/o Capital Corporate Services Inc.
4269 Lomac Street
Montgomery, AL  36106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_ALK Lent_

(By) DEPUTY CLERK

8-24-07

DATE

7006 2760 0000 7706 2330

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|--------|------------|---------|

S. GARRETT COOK, JR.,
DON HALL,

V.

HESS CORPORATION, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV750-WKW

TO: (Name and address of Defendant)

PILOT TRAVEL CENTERS LLC
c/o The Corporation Company
2000 Interstate Park Drive, #204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____                    8-24-07
CLERK                                                DATE

_____
(By) DEPUTY CLERK

7006  2760  0000  7704  2347

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

S. GARRETT COOK, JR.,
DON HALL,

**SUMMONS IN A CIVIL ACTION**

V.

## HESS CORPORATION, ET AL

CASE NUMBER:  2:07 CV 750-WKW

TO: (Name and address of Defendant)

RACETRAC PETROLEUM, INC.
c/o The Corporation Company
2000 Interstate Park Drive, #204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_XAbi K Lent_

(By) DEPUTY CLERK

_8-24-07_

DATE

7006 2760 00007706 2354

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

S. GARRETT COOK, JR.,
DON HALL,

V.

**SUMMONS IN A CIVIL ACTION**

## HESS CORPORATION, ET AL

CASE NUMBER: $2:07$ CV 750 - WKW

TO: (Name and address of Defendant)

SHELL OIL PRODUCTS COMPANY LLC
c/o The Corporation Company
2000 Interstate Park Drive, #204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                                  8-24-07
_____        _____
CLERK                                                              DATE

_SUK Lent_
_____
(By) DEPUTY CLERK

7006 2760 0000 7706 2361

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

S. GARRETT COOK, JR.,
DON HALL,

**SUMMONS IN A CIVIL ACTION**

V.

## HESS CORPORATION, ET AL

CASE NUMBER:  2:07 cv 750 —WKW

TO: (Name and address of Defendant)

SPEEDWAY SUPERAMERICA LLC
c/o The Corporation Company
2000 Interstate Park Drive, #204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| _Debra P. Hackett_ | 8-24-07 |
| CLERK | DATE |
| (By) DEPUTY CLERK | |

7006 2760 0000 7906 2378

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____ALABAMA_____

S. GARRETT COOK, JR.,
DON HALL,

V.

## HESS CORPORATION, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    2:07 CV 750 -WKW

TO: (Name and address of Defendant)

SUNOCO, INC. R&M
c/o The Corporation Company
2000 Interstate Park Drive, #204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Huckett_

CLERK

(By) DEPUTY CLERK

_8-24-07_

DATE

7004 2760 0000 7706 2385

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

S. GARRETT COOK, JR.,
DON HALL,

V.

## SUMMONS IN A CIVIL ACTION

## HESS CORPORATION, ET AL

CASE NUMBER:  2:07 CV 750 -WKW

TO: (Name and address of Defendant)

THE KROGER COMPANY
c/o CSC-Lawyers Incoporating Service
150 S. Perry Street
Montgomery, AL  36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_8-24-07_

DATE

(By) DEPUTY CLERK

7006 2740 0000 7706 2392

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____     District of     _____ALABAMA_____

S. GARRETT COOK, JR.,
DON HALL,

V.

~~_____~~

*HESS corp et al*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   *2:07cV750 -WKW*

TO: (Name and address of Defendant)

THE PANTRY, INC.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery LA  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
_____
CLERK

*Chl K Lent*
_____
(By) DEPUTY CLERK

*8-24-07*
_____
DATE

*7006 2760 0000 7706 2408*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE      District of      ALABAMA

S. GARRETT COOK, JR.,
DON HALL,

V.

**HESS CORPORATION, ET AL**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV750 – WKW

TO: (Name and address of Defendant)

TOTAL PETROCHEMICALS USA, INC.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977.0211
Facsimile: (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

8-24-07

DATE

7006 2760 0000 7706 2415

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

S. GARRETT COOK, JR.,
DON HALL,

**SUMMONS IN A CIVIL ACTION**

V.

**HESS CORPORATION, ET AL**

CASE NUMBER:  2:07CV750 -WKW

TO: (Name and address of Defendant)

VALERO MARKETING AND COMPANY
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

8-24-07

CLERK                                                    DATE

(By) DEPUTY CLERK

7006 2760 0000 7706 2439

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of _____    ALABAMA _____

S. GARRETT COOK, JR.,
DON HALL,

V.

## HESS CORPORATION, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07 CV 750 — WKW

TO: (Name and address of Defendant)

WILCOHESS, LLC
c/o CSC Lawyers Incorporating Service Inc
150 S. Perry Street
Montgomery, AL  36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_____    DATE    8-24-07

(By) DEPUTY CLERK

7006 2760 0000 7706 2422

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

S. GARRETT COOK, JR.,
DON HALL,

V.

**HESS CORPORATION, ET AL**

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  2:07cv 750 -WKW

TO: (Name and address of Defendant)

BP CORPORATION NORTH AMERICA, INC.
c/o Prentice Hall Corp Syst
150 S. Perry Street
Montgomery, AL  36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, California  90017
Telephone:  (213) 977.0211
Facsimile:  (213) 481.1554

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

8-24-07

DATE

7006  2760  0000  7706  0077