**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Petro Stopping Centers, LP
c/o Capital Corporate Services Inc
4269 Lomac Street
Montgomery, AL 36106

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Edwin K Livingston
☒ Agent
☐ Addressee

B. Received by ( Printed Name )
C. Date of Delivery
8/2/7

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:07CV750
SKC

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service
7006 2760 0000 7706 2330

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540