| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X **The Corporation Company** ☐ Agent ☑ Addressee<br>B. Received by (Printed Name) **The Corporation Company** C. Date of Delivery 8/27/07 |
| 1. Article Addressed to:<br>Costco Wholesale Corporation<br>c/o The Corporation Company<br>2000 Interstate Park Dr., #204<br>Montgomery, AL  36109 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>2:07cv750 |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0000 7706 2279 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marathon Petroleum Company LLC
c/o The Corporation Company
2000 Interstate Park Dr., Ste. 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x The Corporation Company      ☐ Agent
                                ☒ Addressee

B. Received by (Printed Name)
The Corporation Company

C. Date of Delivery
8/27/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

2:07cv750
S&C

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service    7006 2760 0000 7706 2309

Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Motiva Enterprises, LLC
   c/o The Corporation Company
   2000 Interstate Park Dr., #204
   Montgomery, AL  36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X The Corporation Company    ☐ Agent  ☑ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   The Corporation Company           8/27/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:07cv 750
   See

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0000 7706 2316

Domestic Return Receipt                102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>The Corporation Company  8/27/02 |
| 1. Article Addressed to:<br>Pilot Travel Centers, LLC<br>c/o The Corporation Company<br>2000 Interstate Park Dr., #204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>2:07cv 750<br>SLC |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0000 7706 2347 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Pantry, Inc.
   c/o The Corporation Company
   2000 Interstate Park Dr., #204
   Montgomery, AL  36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X The Corporation Company   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   The Corporation Company      8/27/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:07CV750
   SXC

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0000 7706 2408

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Murphy Oil USA, Inc.
   c/o The Corporation Company
   2000 INterstate Park Dr., Ste. 204
   Montgomery, AL  36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  The Corporation Company    ☐ Agent  ☒ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   The Corporation Company          8/27/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   2:07cv 750
   SKC

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0000 7706 2323

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x The Corporation Company    ☐ Agent  ☑ Addressee<br>B. Received by (*Printed Name*)  The Corporation Company   C. Date of Delivery 8/27/07 |
| 1. Article Addressed to:<br>Speedway Superamerica LLC<br>c/o The Corporation Company<br>2000 Interstate Park Dr., Ste 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>2:07CV750<br>SKC<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7006 2760 0000 7706 2378 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Valero Marketing and Company
   c/o The Corporation Company
   2000 Interstate Park Dr., #204
   Montgomery, AL  36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  The Corporation Company    ☐ Agent   ☒ Addressee

B. Received by (Printed Name)
   The Corporation Company

C. Date of Delivery  8/27/07

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:
   2:07cv750
   SLC

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0000 7706 2439

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sunoco Inc R&M
   c/o The Corporation Company
   2000 Interstate Park Dr., #204
   Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X The Corporation Company    ☐ Agent
                                ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   The Corporation Company      8/27/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   2:07CV750
   S&C

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0000 7706 2385

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>The Corporation Company  8/27/07 |
| 1. Article Addressed to:<br><br>Shell Oil Products Company LLC<br>c/o The Corporation Company<br>2000 Interstate Park Dr., #204<br>Montgomery, AL  36109 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No<br><br>2:07CV750<br>SRW |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7006 2760 0000 7706 2361 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x The Corporation Company  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)  C. Date<br>The Corporation Company  8/27/07 |
| 1. Article Addressed to:<br>Racetrac Petroleum Inc<br>c/o The Corporation Company<br>2000 INterstate Park Dr., #204<br>Montgomery, AL  36109 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>2:07cv750<br>SLC |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0000 7706 2354 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Total Petrochemicals USC Inc
   c/o The Corporation Company
   2000 Interstate Park Dr., #204
   Montgomery, AL  36109

# COMPLETE THIS SECTION ON DELIVERY

A. Signature

   X  The Corporation Company   ☐ Agent  ☒ Addressee

B. Received by ( Printed Name)  The Corporation Company

C. Date of Delivery: 8/27/07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

   If YES, enter delivery address below:

   2:07cv 750
   SRC

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7006 2760 0000 7706 2415

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hess Corporation
   c/o The Corporation Company
   2000 Interstate Park Dr., Ste. 204
   Montgomery, AL  36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   The Corporation Company
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   The Corporation Company    8/27/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   2:07CV750  src

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0000 7706 2224

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540