**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Citgo Petroleum Corporation
   c/o The Corporation Company
   2000 Interstate Park Drive
   Ste 204
   Montgomery, AL

RECEIVED
2007 SEP -6 A 9:6
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   x The Corporation Company    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): The Corporation Company
C. Date of Delivery: 9/4/07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:07cv 750
   SKC

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):  7006 2760 0000 7706 2255

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540