IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| S. GARRET COOK, JR., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-750-WKW |
| | ) |
| HESS CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion to Stay Proceedings Pending Transfer (Doc. # 8) filed on September 13, 2007, it is ORDERED that the motion is GRANTED. All proceedings in this case are STAYED pending transfer of this case to the District of Kansas.

DONE this 14th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE