AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

S. GARRETT COOK, JR.,
DON HALL,

V.

HESS CORPORATION, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07CV750-WKW

TO: (Name and address of Defendant)

PETRO STOPPING CENTERS, L.P.
c/o CSC-Lawyers Incorporating SVC Inc.
150 South Perry St.
Montgomery, Alambama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, California 90017
Telephone: (213)977-0211
Facsimile: (213)481-1554

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  9-25-07