**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Petro Stopping Centers, LP
CSC Lawyers Incorporating SVC Inc
150 South Perry Street
Montgomery, AL  36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _D Brown_      ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
D Brown                            9/26/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

2:07 CV 750
alias sm

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)

7003 0500 0000 8931 2785

102595-02-M-1540

PS Form 3811, February 2004          Domestic Return Receipt