# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

**INGRID A. CAMPBELL**
ACTING CLERK
E-MAIL: Ingrid_Campbell@ksd.uscourts.gov

**KIM LEININGER**
ACTING CHIEF DEPUTY CLERK

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS  66101
(913) 551-5734

Oct. 15, 2007

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS  67202
(316) 269-6491

490  U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS  66683
(785) 295-2610

U.S. District Court

Re: MDL - 1840 In Re Motor Fuel Temperature Sales Practices Litigation

Your Case:  07-750 - Cook vs. Hess Corp.

Dear Clerk:

Attached please find a certified copy of the order from the Judicial Panel on Multi-District Litigation transferring the above entitled action to the District of Kansas, Kansas City, KS.  The case has been assigned to the Honorable Kathryn H. Vratil for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

To expedite this matter, I would appreciate it if you could email the docketed transfer order in .pdf format to carol_kuhl@ksd.uscourts.gov.  Once this is accomplished we will go out to your CM/ECF site and retrieve any documents we need, including the docket sheet.

If you prefer to mail the documents to our court, the address is as follows:

United States District Court
Office of the Clerk
500 State Avenue, Room 259
Kansas City, KS 66101
Attention: Carol Kuhl

Sincerely,

Ingrid A. Campbell, Acting Clerk

By:  _____ s/carol kuhl _____

A CERTIFIED TRUE COPY

SEP 2 1 2007

ATTEST *Thomas Fatring*
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**F I L E D**

OCT 15 2007

Clerk, U.S. District Court
By:_____ Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 5 2007

FILED
CLERK'S OFFICE

# *JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *MDL NO. 1840*

### *IN RE Motor Fuel Temperature Sales Practices Litigation*

*S. Garrett Cook, Jr., et al. v. Hess Corp., et al., M.D. Alabama, C.A. No. 2:07-750*

### *CONDITIONAL TRANSFER ORDER (CTO-6)*

On June 18, 2007, the Panel transferred ten civil actions to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, 30 additional actions have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable Kathryn H. Vratil.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Vratil.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of June 18, 2007, and, with the consent of that court, assigned to the Honorable Kathryn H. Vratil.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION