**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

October 15, 2007

# NOTICE OF MDL TRANSFER

**TO:**     **Ingrid A. Campbell, Acting Clerk**
            **District of Kansas**

**FROM:**   **Clerk's Office**

**Re:**     **In Re: MDL 1840 In Re Motor Fuel Temperature Sales Practices Litigation**
            **USDC/MDAL Civil Action No. 2:07cv750**
            **Cook et al v. Hess Corp..**

**The above referenced case is being transferred to your court pursuant to the Conditional Transfer Order entered by the Judicial Panel on Multi-District Litigation on 9/13/07 and filed in your court on 10/13/07. As requested in your e-mail dated 10/15/07, the docketed transfer order in .pdf format has been e-mailed to carol kuhl@ksd.uscourts.gov.**

**A CERTIFIED TRUE COPY**

SEP 21 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
OCT 15 2007
Clerk, U.S. District Court
By: _____ Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP -5 2007

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1840

### *IN RE Motor Fuel Temperature Sales Practices Litigation*

*S. Garrett Cook, Jr., et al. v. Hess Corp., et al.,* M.D. Alabama, C.A. No. 2:07-750

### *CONDITIONAL TRANSFER ORDER (CTO-6)*

On June 18, 2007, the Panel transferred ten civil actions to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, 30 additional actions have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable Kathryn H. Vratil.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Vratil.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of June 18, 2007, and, with the consent of that court, assigned to the Honorable Kathryn H. Vratil.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 21 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION